UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DEAN CHRISTIAN,<br>        Plaintiff,<br>   v.<br>CDCR, et al.,<br>        Defendants. | Case No. 20-06483 EJD (PR)<br><br>**ORDER OF TRANSER** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint against numerous prison officials at Mule Creek State Prison, ("MCSP"), where he was previously incarcerated. Dkt. No. 1.  Plaintiff claims Defendants are liable for injuries he sustained during a riot that occurred on May 25, 2018, at MCSP.  Id. at 7.  Because defendants likely reside in and the acts complained of occurred in Amador County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 2/11/2021

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.20\03038Martinez_transfer (ED)