UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DEAN CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0305 KJN P<br><br>ORDER APPOINTING<br>LIMITED PURPOSE COUNSEL |

　　　　Plaintiff is a state prisoner, proceeding pro se, with this civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing a second amended complaint.  Alexander M. Smith has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel (ECF No. 24) is partially granted.
2. Alexander M. Smith is appointed as limited purpose counsel for plaintiff in the above-entitled matter.  This appointment is for the limited purpose of investigating the claim, then drafting and filing a second amended complaint.  The second amended complaint shall be filed within 120 days from the date of this order.

1

3.  Alexander M. Smith's appointment will terminate when plaintiff's second amended complaint is filed, or a notice that a second amended complaint would not be appropriate is filed.

4.  Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5.  The Clerk of the Court is directed to serve a copy of this order upon Alexander M. Smith, Jenner & Block LLP, 515 S. Flower St., Suite 3300, Los Angeles, CA 90071, and plaintiff, AV-1103, California Substance Abuse Treatment Facility, P.O. Box 5242, Corcoran, CA 93212-5242.

Dated: November 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/chri0305.31a