UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DEAN CHRISTIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | No. 2:21-cv-0305 KJN P<br><br>ORDER APPOINTING COUNSEL |

    Plaintiff is a state prisoner, proceeding pro se, with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff sought appointment of counsel, and the court appointed counsel Alexander M. Smith for the limited purpose of drafting and filing a second amended complaint, which has been filed and served. Mr. Smith has now expressed his willingness to serve as plaintiff's pro bono attorney through the remainder of this action.

    The court finds that the appointment of counsel is warranted. Alexander Smith of Jenner & Block LLP is appointed to represent plaintiff. Mr. Smith was selected from the court's pro bono attorney panel to represent plaintiff, and has agreed to be appointed.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel (ECF No. 24) is granted.
2. Alexander M. Smith is appointed as counsel for plaintiff in the above- entitled matter.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Alexander M. Smith, Jenner & Block LLP, 515 S. Flower St., Suite 3300, Los Angeles, CA 90071, and plaintiff, AV-1103, California Substance Abuse Treatment Facility, P.O. Box 5242, Corcoran, CA  93212-5242.

Dated:  June 13, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/chri0305.31a2