JENNER & BLOCK LLP
Alexander M. Smith (SBN 295187)
asmith@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

*Pro Bono* Attorneys for Plaintiff
Earl Dean Christian, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DEAN CHRISTIAN, JR. | Case No. 2:21-cv-0305 KJN P |
| Plaintiff, | The Honorable Kendall J. Newman |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO OPPOSE MOTION FOR SUMMARY JUDGMENT** |
| H. MACIAS, et al., | |
| Defendants. | |

WHEREAS:

1. On December 16, 2022, Defendants moved for summary judgment on their PLRA exhaustion defense (ECF No. 51);

2. Pursuant to the Court's Order approving the parties' stipulated briefing schedule (ECF No. 48), Mr. Christian's opposition is currently due on or before January 17, 2023, which is the first business day following the expiration of the 30-day period after Defendants moved for summary judgment;

3. Due to scheduling conflicts around the holidays, as well as the difficulty involved in communicating with their client via telephone and mail, Plaintiff's counsel requires additional time to finalize a declaration from Plaintiff in opposition to Defendants' motion for summary judgment and to prepare the opposition papers;

4. Plaintiff has requested, and Defendants have agreed to provide, a 30-day extension of Defendants' deadline from January 17, 2023 to and including February 16, 2023;

5. This is Plaintiff's first request for an extension of time to oppose Defendants' motion for summary judgment, and the requested extension will not affect any other deadlines set by Court order;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, that Plaintiff's deadline to oppose Defendants' summary judgment motion be continued by 30 days from January 17, 2023 to and including February 16, 2023.

IT IS SO STIPULATED AND AGREED:

DATED: January 11, 2023                JENNER & BLOCK LLP

                                       By:    /s/   Alexander M. Smith
                                                    Alexander M. Smith

                                       Attorneys for Plaintiff
                                       Earl Dean Christian, Jr.

DATED: January 11, 2023                    CALIFORNIA DEPARTMENT OF JUSTICE

By:     /s/    Corinna S. Arbiter (with permission)
              Corinna S. Arbiter

Attorneys for Defendants
H. Macias, J. Feltner, B. Hernandez, and J. Hickman

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The January 11, 2023 stipulation is approved;

2. Plaintiff's request for an extension of time to oppose the motion for summary judgment is granted; and

3. Plaintiff shall file an opposition on or before February 16, 2023.

Dated: January 12, 2023

*signature*

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/chri0305.ext.msj