DocuSign Envelope ID: 744BF8E6-78E2-401E-9B19-0CE372343258

JENNER & BLOCK LLP
Alexander M. Smith (SBN 295187)
asmith@jenner.com
Benjamin A. Malings (SBN 346831)
bmalings@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2054
Telephone:  +1 213 239 5100
Facsimile:   +1 213 239 5199

*Pro Bono* Attorneys for Plaintiff
Earl Dean Christian, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DEAN CHRISTIAN, JR., | Case No. 2:21-cv-305-KJN (P) |
| Plaintiff, | The Honorable Kendall J. Newman |
| v. | **DECLARATION OF KATELYN CHRISTIAN** |
| H. MACIAS, B. HERNANDEZ, J. HICKMAN, J. FELTNER, and DOES 1-10, inclusive, | |
| Defendants. | |

DECLARATION OF KATELYN CHRISTIAN

DocuSign Envelope ID: 744BF8E6-78E2-401E-9B19-0CE372343258

I, Katelyn Christian, declare and state as follows:

1. My name is Katelyn Christian. I am the daughter of Earl Dean Christian, Jr. and have moved to substitute into this action as the Plaintiff. I offer this declaration in response to the Court's July 18, 2023, Order directing me to provide this declaration pursuant to Section 377.32 of the California Code of Civil Procedure. I have personal knowledge of the facts set forth in this declaration, and I could and would testify thereto if called upon to do so.

2. My father, Earl Dean Christian Jr., passed away on April 12, 2023 in Corcoran, California. A true and correct copy of his certified death certificate is attached as **Exhibit 1**.

3. No proceeding is now pending in California for administration of my father's estate.

4. I am my father's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure. My father died without a will and without a surviving spouse. As a result, my father's estate passed to me under Section 6402(a) of the California Probate Code. *See* Cal. Civ. Proc. Code §§ 377.10(b), 377.11.

5. No other person has a superior right to be substituted for my late father in the pending action.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on ___08/01___, 2023 in ___Stockton___, California.

By: _____
Katelyn Christian

---

1

DECLARATION OF KATELYN CHRISTIAN

# EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF KINGS
## HEALTH DEPARTMENT
### HANFORD, CALIFORNIA

**STATE FILE NUMBER:** 3052023089785
**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
**LOCAL REGISTRATION NUMBER:** 3202316000279

### DECEDENT'S PERSONAL DATA
- **1. NAME OF DECEDENT – FIRST:** EARL
- **2. MIDDLE:** DEAN
- **3. LAST (Family):** CHRISTIAN, JR
- **AKA:** —
- **4. DATE OF BIRTH:** 04/11/1980
- **5. AGE Yrs:** 43
- **6. SEX:** M
- **9. BIRTH STATE/FOREIGN COUNTRY:** CO
- **10. SOCIAL SECURITY NUMBER:** 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
- **11. EVER IN U.S. ARMED FORCES?:** NO
- **12. MARITAL STATUS:** WIDOWED
- **7. DATE OF DEATH:** 04/12/2023
- **8. HOUR:** 0717
- **13. EDUCATION:** UNKNOWN
- **14/15. HISPANIC/LATINO:** NO
- **16. DECEDENT'S RACE:** WHITE
- **17. USUAL OCCUPATION:** NEVER WORKED
- **18. KIND OF BUSINESS OR INDUSTRY:** -
- **19. YEARS IN OCCUPATION:** -

### USUAL RESIDENCE
- **20. DECEDENT'S RESIDENCE:** 900 QUEBEC AVE
- **21. CITY:** CORCORAN
- **22. COUNTY/PROVINCE:** KINGS
- **23. ZIP CODE:** 93212
- **24. YEARS IN COUNTY:** 5
- **25. STATE/FOREIGN COUNTRY:** CA

### INFORMANT
- **26. INFORMANT'S NAME, RELATIONSHIP:** KATELYN CHRISTIAN, DAUGHTER
- **27. INFORMANT'S MAILING ADDRESS:** 3232 MUNFORD AVE SP 15, STOCKTON, CA 95205

### SPOUSE/SRDP AND PARENT INFORMATION
- **28. NAME OF SURVIVING SPOUSE/SRDP – FIRST:** -
- **29. MIDDLE:** -
- **30. LAST (BIRTH NAME):** -
- **31. NAME OF FATHER/PARENT – FIRST:** EARL
- **32. MIDDLE:** DEAN
- **33. LAST:** CHRISTIAN, SR
- **34. BIRTH STATE:** MN
- **35. NAME OF MOTHER/PARENT – FIRST:** UNK
- **36. MIDDLE:** UNK
- **37. LAST (BIRTH NAME):** UNK
- **38. BIRTH STATE:** UNK

### FUNERAL DIRECTOR/LOCAL REGISTRAR
- **39. DISPOSITION DATE:** 04/26/2023
- **40. PLACE OF FINAL DISPOSITION:** RES KATELYN CHRISTIAN 3232 MUNFORD AVE SP 15, STOCKTON, CA 95205
- **41. TYPE OF DISPOSITION(S):** CREMATE/RESIDENCE
- **42. SIGNATURE OF EMBALMER:** NOT EMBALMED
- **43. LICENSE NUMBER:** -
- **44. NAME OF FUNERAL ESTABLISHMENT:** LODI FUNERAL HOME
- **45. LICENSE NUMBER:** FD627
- **46. SIGNATURE OF LOCAL REGISTRAR:** MILTON TESKE MD
- **47. DATE:** 04/25/2023

### PLACE OF DEATH
- **101. PLACE OF DEATH:** CALIFORNIA STATE PRISON SATF
- **102/103:** Other (X)
- **104. COUNTY:** KINGS
- **105. FACILITY ADDRESS:** 900 QUEBEC AVE
- **106. CITY:** CORCORAN

### CAUSE OF DEATH
- **107. CAUSE OF DEATH – IMMEDIATE CAUSE (A):** PENDING INVESTIGATION
- **Time Interval:** UNK
- **108. DEATH REPORTED TO CORONER?:** YES — 23-0127
- **109. BIOPSY PERFORMED?:** NO
- **110. AUTOPSY PERFORMED?:** YES
- **111. USED IN DETERMINING CAUSE?:** YES
- **112. OTHER SIGNIFICANT CONDITIONS:** -
- **113. WAS OPERATION PERFORMED:** UNK
- **113A. DECEDENT PREGNANT IN LAST YEAR?:** NO

### CORONER'S USE ONLY
- **118. MANNER OF DEATH:** Pending Investigation (X)
- **120. INJURED AT WORK?:** -
- **121. INJURY DATE:** -
- **122. HOUR:** -
- **123. PLACE OF INJURY:** -
- **124. DESCRIBE HOW INJURY OCCURRED:** -
- **125. LOCATION OF INJURY:** -
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** ERIC ESSMAN
- **127. DATE:** 04/20/2023
- **128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** ERIC ESSMAN, DEP CORONER

CAKINGS-01

---

## CERTIFIED COPY OF VITAL RECORD
### STATE OF CALIFORNIA, COUNTY OF KINGS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Kings County Department of Public Health.

**DATE ISSUED:** MAY 0 2 2023



**MILTON TESKE, MD**
COUNTY HEALTH OFFICER

000138502

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**